IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RODRICK LOCKETT,

Defendant.

**8:26CR113**

**ORDER**

The Government's Motion to Extend Time to Respond to Defendant's Motion to Suppress (Filing No. 39) is granted. Accordingly,

**IT IS ORDERED:**

1. On or before **November 30, 2026**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **December 7, 2026**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **December 14, 2026**, the parties shall deliver to the undersigned's chambers via email to carson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing set for 12/7/2026 at 10:00 a.m. is continued to **December 21, 2026, at 10:00 a.m.** before the undersigned magistrate judge. The parties will use Restricted Order [35] for conference connection instructions.

Dated this 16th day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge